PETER STALLONE, as Administrator of the Estate of NUNZIO STALLONE, Deceased, Respondent, *v.* CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK, Appellant.

Argued January 19, 1942; decided March 5, 1942.

*H. H. Brown, George A. Garvey* and *E. C. Sherwood* for appellant.

*Seymour L. Colin, George A. Grabow* and *Samuel R. Schneider* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.